# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Cox, Susan E. | 2. Court or Organization  US District Court | 3. Date of Report  08/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  US Magistrate Judge -Full time | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2016  to  12/31/2016 |

**7. Chambers or Office Address**

219 South Dearborn Ave.
Room 1334
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Baxalta Incorporated - Salary & Bonus |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | Mortgage on Rental Property #1 - Bloomingdale, MI | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First National Bank of LaGrange Accounts | A | Interest | K | T | | | | | |
| 2. Chase Bank | A | Interest | J | T | | | | | |
| 3. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 4. US Employees Credit Union Account | A | Interest | K | T | | | | | |
| 5. Baxter International - Exercisable Stock Options | | None | N | T | | | | | |
| 6. Baxter International - Unvested Stock Options | | None | J | T | | | | | |
| 7. Baxter Int'l Common Stock | C | Dividend | M | T | Sold (part) | 01/05/16 | K | A | |
| 8. Shire PLC (formerly Baxalta Inc.) - Exercisable Stock Options | | None | O | T | | | | | |
| 9. Shire PLC (formerly Baxalta Inc.) - Unvested Stock Options | | None | L | T | | | | | |
| 10. Shire PLC (formerly Baxalta, Inc.) - Common Stock | A | Dividend | M | T | | | | | |
| 11. Baxalta Inc. Common Stock | B | Dividend | | | Sold | 06/03/16 | M | E | |
| 12. Edward Lifesciences Common | | None | K | T | | | | | |
| 13. Farm - Wilson County, KS (1/12th Interest) | A | Rent | K | W | | | | | |
| 14. Rental Property #1 -Bloomingdale, MI. Paid $217,000 11/25/09. Owns 50% | A | Rent | M | R | | | | | |
| 15. BAXALTA INC. 401K PLAN | | | | | | | | | |
| 16. Stable Income Fund | C | Dividend | M | T | | | | | |
| 17. S&P 500 Equity Index Fund | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. International EAFE Equity Index Fund | B | Dividend | L | T | | | | | |
| 19. Target Retirement Fund | C | Dividend | M | T | | | | | |
| 20. Small Cap Fund | A | Dividend | L | T | | | | | |
| 21. Baxter Int'l Common Stock | B | Dividend | L | T | | | | | |
| 22. Shire PLC Common Stock | A | Dividend | K | T | Buy | 06/03/16 | K | | |
| 23. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 24. Amazon.com | | None | J | T | Buy | 01/28/16 | J | | |
| 25. Berkshire Hathaway Inc Cl B | | None | K | T | | | | | |
| 26. CSX Corp | A | Dividend | | | Sold | 01/21/16 | K | B | |
| 27. Energy Transfer Equity | A | Dividend | | | Sold | 01/21/16 | J | A | |
| 28. Enterprise Products LP | A | Dividend | | | Sold | 01/21/16 | J | A | |
| 29. Fidelity Cash Reserves Fund | A | Interest | J | T | | | | | |
| 30. Fidelity Floating Rate High Income | A | Int./Div. | J | T | | | | | |
| 31. Fidelity Short Term Bond Fund | A | Interest | K | T | | | | | |
| 32. Fidelity Utilities ETF | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 33. General Motors Corp | B | Dividend | K | T | | | | | |
| 34. Kohlberg Kravis Roberts | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Las Vegas Sands Corp | A | Dividend | J | T | | | | | |
| 36. Matthews Asia Dividend | A | Dividend | J | T | | | | | |
| 37. Northern Property Trust | A | Dividend | | | Sold | 01/21/16 | J | A | |
| 38. Oakmark International | B | Dividend | K | T | | | | | |
| 39. PayPal Holdings | | None | | | Sold | 01/21/16 | J | A | |
| 40. Pioneer High Yield Bond | A | Interest | | | Sold | 01/21/16 | J | A | |
| 41. S&P 500 ETF | A | Dividend | K | T | Buy | 01/28/16 | K | | |
| 42. Starbucks | A | Dividend | K | T | | | | | |
| 43. Symantec Corp | A | Dividend | K | T | Buy (add'l) | 01/28/16 | J | | |
| 44. Toyota Motor Corp | A | Dividend | | | Sold | 01/21/16 | J | A | |
| 45. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 46. Abbott Laboratories | A | Dividend | | | Sold | 01/21/16 | J | A | |
| 47. Alphabet/Google Inc Cl A | | None | J | T | | | | | |
| 48. Apple Inc. | A | Dividend | | | Sold | 11/15/16 | K | D | |
| 49. Bank of New York Mellon Corp | A | Dividend | | | Sold | 01/21/16 | J | A | |
| 50. Baxter Int'l | A | Dividend | | | Sold | 11/11/16 | J | B | |
| 51. Berkshire Hathaway Inc Cl B | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Berwyn Income | A | Int./Div. | J | T | Buy | 05/24/16 | J | | |
| 53. Boeing Bond 8.75% 8-15-21 | A | Interest | J | T | Buy | 02/01/16 | J | | |
| 54. Canadian Imperial Bank of Commerce | A | Dividend | | | Sold | 01/21/16 | J | A | |
| 55. Direxion 20+ Year Treasury Bear | | None | | | Sold | 01/21/16 | J | A | |
| 56. Express Scripts | | None | | | Sold | 05/13/16 | J | A | |
| 57. FedEx Corp | A | Dividend | | | Sold | 11/15/16 | J | A | |
| 58. Fidelity Convertible Securities | B | Int./Div. | | | Sold | 05/13/16 | J | A | |
| 59. Fidelity Floating Rate High Income | A | Interest | J | T | Buy | 01/28/16 | J | | |
| 60. Fidelity Muni Money Market Fund | A | Interest | J | T | | | | | |
| 61. Fidelity New Markets Income | A | Int./Div. | J | T | Buy | 12/23/16 | J | | |
| 62. Fidelity Select Healthcare | A | Dividend | | | Sold | 11/11/16 | J | A | |
| 63. Fidelity Short Term Bond | A | Interest | J | T | Sold (part) | 01/12/16 | J | A | |
| 64. Fidelity Utilities ETF | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 65. | | | | | Sold (part) | 07/12/16 | J | A | |
| 66. First Trust Dow Jones Internet ETF | A | Dividend | | | Sold | 11/15/16 | J | C | |
| 67. General Electric | A | Dividend | | | Sold | 01/21/16 | J | A | |
| 68. Ishares S&P US Preferred Stock Index | A | Dividend | J | T | Sold (part) | 07/12/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ishares Treasury Inflation Protected | A | Interest | K | T | Buy | 11/15/16 | K | | |
| 70. IBM Common | A | Dividend | | | Sold | 11/11/16 | J | C | |
| 71. JPMorgan Chase | A | Dividend | | | Sold | 01/21/16 | K | B | |
| 72. Keycorp Note 2.9% 9-15-20 | A | Interest | J | T | Buy | 01/29/16 | J | | |
| 73. Magellan Midstream Partners | A | Dividend | | | Sold | 11/11/16 | J | D | |
| 74. Mainstay High Yield Muni Bond | B | Interest | K | T | Sold (part) | 07/12/16 | J | A | |
| 75. Pioneer High Yield Bond | A | Interest | | | Sold | 05/13/16 | J | A | |
| 76. Powershares ETF Int'l Dividend | A | Dividend | J | T | | | | | |
| 77. S&P 500 ETF | A | Dividend | K | T | Buy | 11/15/16 | K | | |
| 78. | | | | | Sold (part) | 12/15/16 | K | B | |
| 79. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 80. S&P 500 Call Options | | None | | | Open | 11/23/16 | J | | |
| 81. | | | | | Expired | 12/15/16 | J | A | |
| 82. Shire PLC (formerly Baxalta, Inc.) | A | Dividend | | | Sold | 11/11/16 | J | A | |
| 83. Sanofi ADR | A | Dividend | | | Sold | 01/21/16 | J | A | |
| 84. SPDR Gold Trust | | None | J | T | Buy | 05/24/16 | J | | |
| 85. Target Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | United Parcel Services | A | Dividend | | | Sold (part) | 07/12/16 | J | A | |
| 87. | | | | | | Sold | 11/15/16 | K | A | |
| 88. | Vanguard Total Bond ETF | A | Interest | K | T | | | | | |
| 89. | Vanguard Wellesley Income | A | Int./Div. | K | T | Buy | 01/28/16 | K | | |
| 90. | Wells Fargo Bond 2.55% 12-7-20 | A | Interest | J | T | Buy | 02/01/16 | J | | |
| 91. | Wells Fargo Bond 3% 1-22-21 | A | Interest | J | T | Buy | 02/01/16 | J | | |
| 92. | Wisdom Tree Europe Hedged Equity ETF | B | Dividend | | | Sold | 06/24/16 | J | A | |
| 93. | BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 94. | Apple Inc. | A | Dividend | J | T | | | | | |
| 95. | Direxion 20+ Year Treasury Bear | | None | | | Sold | 01/21/16 | J | A | |
| 96. | Fidelity Blue Chip Growth | A | Dividend | J | T | | | | | |
| 97. | Fidelity Cash Fund | A | Interest | J | T | | | | | |
| 98. | Fidelity High Income | A | Int./Div. | J | T | | | | | |
| 99. | Fidelity Select Healthcare | A | Dividend | J | T | | | | | |
| 100. | Fidelity Short Term Bond | A | Interest | J | T | Buy | 09/29/16 | J | | |
| 101. | Fidelity Utilities ETF | A | Dividend | J | T | Buy | 01/28/16 | J | | |
| 102. | Pioneer High Yield Bond | A | Interest | | | Sold | 05/13/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 104. Vanguard Wellesley Income | A | Int./Div. | J | T | Buy | 05/24/16 | J | | |
| 105. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 106. Apple Inc. | A | Dividend | J | T | | | | | |
| 107. Direxion 20+ Year Treasury Bear | | None | | | Sold | 01/21/16 | J | A | |
| 108. Fidelity Blue Chip Growth | A | Dividend | J | T | Buy (add'l) | 11/15/16 | J | | |
| 109. Fidelity Cash Fund | A | Interest | J | T | | | | | |
| 110. Fidelity High Income Fund | A | Int./Div. | J | T | Sold (part) | 11/15/16 | J | A | |
| 111. Fidelity Short Term Bond | A | Interest | J | T | Buy | 09/29/16 | J | | |
| 112. Fidelity Utilities ETF | A | Dividend | J | T | Buy | 01/28/16 | J | | |
| 113. Mainstay High Yield Muni | A | Interest | J | T | | | | | |
| 114. S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 115. BROKERAGE ACCOUNT #5 | | | | | | | | | |
| 116. Alphabet/Google Inc Cl A | | None | K | T | | | | | |
| 117. Amazon.com | | None | J | T | Buy | 05/24/16 | J | | |
| 118. Amgen Inc | A | Dividend | J | T | | | | | |
| 119. Apple Inc | A | Dividend | | | Sold | 12/23/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Blackstone Group | A | Dividend | | | Sold | 11/23/16 | J | A | |
| 121. Casey's General Stores | A | Dividend | | | Sold | 01/21/16 | J | C | |
| 122. Caterpillar Inc | A | Dividend | | | Sold | 01/21/16 | J | A | |
| 123. Chevron Corp | A | Dividend | | | Sold | 01/21/16 | J | A | |
| 124. Danaher Corp | A | Dividend | | | Sold | 01/21/16 | J | A | |
| 125. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 126. Facebook | | None | K | T | | | | | |
| 127. FedEx Corp | A | Dividend | J | T | | | | | |
| 128. FedEx Corp 8% 1/19 Bond | B | Interest | K | T | | | | | |
| 129. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 130. Fidelity Convertible Securities | A | Int./Div. | | | Sold | 05/13/16 | J | A | |
| 131. Fidelity Large Cap Growth | A | Dividend | J | T | Buy | 12/23/16 | J | | |
| 132. Fidelity Short Term Bond | A | Interest | K | T | Buy (add'l) | 03/29/16 | J | | |
| 133. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 134. Fidelity Spartan 500 Index Inv | A | Dividend | K | T | | | | | |
| 135. Fidelity Utilities ETF | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 136. Ford Motor Co | A | Dividend | J | T | Buy | 01/28/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Freeport McMoran Copper & Gold | A | Dividend | | | Sold | 12/23/16 | J | A | |
| 138. Ishares S&P US Preferred Stock | A | Dividend | J | T | | | | | |
| 139. PJT Partners Inc | A | Dividend | | | Sold | 01/21/16 | J | A | |
| 140. Powershares QQQ Trust | A | Dividend | K | T | Buy | 01/28/16 | K | | |
| 141. Procter & Gamble Co | A | Dividend | J | T | | | | | |
| 142. Purefunds Cyber Security ETF | A | Dividend | J | T | Buy | 05/24/16 | J | | |
| 143. Southwest Airlines | A | Dividend | K | T | | | | | |
| 144. SPDR Financial Sector ETF | A | Dividend | J | T | Buy | 12/23/16 | J | | |
| 145. Starbucks Corp | A | Dividend | | | Sold | 01/21/16 | K | B | |
| 146. Union Pacific Corp | A | Dividend | J | T | Buy | 01/28/16 | J | | |
| 147. Vanguard Total Bond ETF | A | Interest | K | T | | | | | |
| 148. Verizon Communications | A | Dividend | K | T | Sold (part) | 05/13/16 | J | A | |
| 149. CUSTODIAL ACCOUNT #1 | | | | | | | | | |
| 150. First National Bank of LaGrange Account | A | Interest | K | T | | | | | |
| 151. CUSTODIAL ACCOUNT #2 | | | | | | | | | |
| 152. First National Bank of LaGrange Account | A | Interest | J | T | | | | | |
| 153. IL Bright Directions 529 Plan #1 - Fund 80A | A | Int./Div. | | | Redeemed | 03/11/16 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. IL Bright Directions 529 Plan #2 - Fund 60A | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII: Lines 8, 9, 10 and 82: On June 3, 2016, Baxalta, Inc. merged into Shire, PLC. Baxalta stock was no longer traded after 6/3/16, but filer's spouse was employed by Baxalta and in the Baxalta 401(k) Plan throughout 2016 and at 12/31/16. (See Part III,B and Part VII, Line 15).

2) Part VII: Lines 47 and Line 116: Google changed its name to Alphabet, Inc. No transaction was involved.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan E. Cox**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544